UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA CHINDAMO-VITULLI et al.,

                Plaintiffs,

-against-

MARRIOTT VACATIONS WORLDWIDE
CORPORATION d/b/a MARRIOTT
VACATION CLUB et al.,

                Defendants.

1:22-cv-07859 (JLR)

**TRANSFER ORDER**

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the December 15, 2022 conference, it is not clear that venue for this case is proper in this Court but, even if it was, the case will be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the District of New Jersey. The Clerk of Court is respectfully directed to transfer this action to the United States District Court for the District of New Jersey.

Dated: December 16, 2022
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge